THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERIC W. SHEPARD, Respondent, *v.* WILLIAM B. ELLISON, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.

*People ex rel. Shepard* v. *Ellison*, 114 App. Div. 920, affirmed.
(Argued April 23, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 10, 1906, upon an order which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to restore the relator to the position of clerk in the department of water supply, gas and electricity in the city of New York.

*William B. Ellison, Corporation Counsel (James D. Bell* of counsel), for appellant.

*Samuel H. Ordway, Conrad Saxe Keyes* and *Frederic White Shepard* for respondent.

Judgment affirmed, with costs, on opinion on the previous appeal (181 N. Y. 339).

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.